ALFRED FASY et al., Respondents, *v.* INTERNATIONAL
NAVIGATION COMPANY, Appellant.

*Fasy* v. *International Navigation Co.,* 77 App. Div. 469, affirmed.
(Argued February 11, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 2, 1903, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Henry Galbraith Ward* and *Norman B. Beecher* for appellant.

*Joseph P. Osborne* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.